# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Baranko Enterprises, Inc.<br>VR King Construction, LLC<br>VR Investments, LLC<br>Vinroy W. Reid**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00666-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| R. Keith Johnson**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2022 Order.

August 24, 2022

*[signature]*

Frank G. Johns, Clerk
United States District Court